UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROL JEAN NAPIER-SKALUBA, as personal representative of the ESTATE OF RANDY SKALUBA; and ESTATE OF RANDY SKALUBA,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD STELTZ and JANE DOE STELTZ, individually and the marital community comprised thereof; HEDGE & HERBERG, INC., a South Dakota Corporation; COLLEEN HEDGE and JOHN DOE HEDGE, individually and the marital community comprised thereof,<br><br>Defendants. | No. 2:17-CV-00273-RSM<br><br>STIPULATED MOTION AND ORDER TO DISMISS CERTAIN DEFENDANTS |

## I. **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that all claims asserted against Defendants Colleen Hedge and John Doe Hedge in this matter should be dismissed without prejudice.

---

STIPULATED MOTION AND ORDER TO
DISMISS CERTAIN DEFENDANTS (Cause No.
2:17-CV-00273-RSM) – 1
js/DEJ3513.026/2520682x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Further, the parties stipulate and agree that Defendants Colleen Hedge and John Doe Hedge should be removed and no longer included in the caption for this matter. A proposed order is provided herein. A proposed amended caption to be used after the Court's order is entered is attached as Exhibit A.

DATED this 22nd day of May, 2017.

> By *s/Jason Murphy*
> Jason Murphy, WSBA No. 50605
> Phillips Law Firm
> 17410 133rd Ave NE, Suite 301
> Woodinville, WA 98072
> Telephone: 425-482-1111
> Fax: 425-482-6653
> Email: jmurphy@justiceforyou.com
> *Attorney for Plaintiffs*

DATED this 23rd day of May, 2017.

> By *s/W. Sean Hornbrook*
> *s/Dylan E. Jackson*
> W. Sean Hornbrook, WSBA No. 31260
> Dylan E. Jackson, WSBA No. 29220
> WILSON SMITH COCHRAN DICKERSON
> 901 Fifth Avenue, Suite 1700
> Seattle, WA 98164-2050
> Telephone: 206-623-4100
> Fax: 206-623-9273
> Email: hornbrook@wscd.com; jackson@wscd.com
> *Attorneys for Defendants*

## II. ORDER

It is SO ORDERED this 25th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO DISMISS CERTAIN DEFENDANTS (Cause No. 2:17-CV-00273-RSM) – 2
js/DEJ3513.026/2520682x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROL JEAN NAPIER-SKALUBA, as personal representative of the ESTATE OF RANDY SKALUBA; and ESTATE OF RANDY SKALUBA,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD STELTZ and JANE DOE STELTZ, individually and the marital community comprised thereof; HEDGE & HERBERG, INC., a South Dakota Corporation;<br><br>Defendants. | No. 2:17-CV-00273-RSM |

STIPULATED MOTION AND ORDER TO
DISMISS CERTAIN DEFENDANTS (Cause No.
2:17-CV-00273-RSM) – 3
js/DEJ3513.026/2520682x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273