UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROL JEAN NAPIER-SKALUBA, as personal representative of the ESTATE OF RANDY SKALUBA; and ESTATE OF RANDY SKALUBA,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD STELTZ and JANE DOE STELTZ, individually and the marital community comprised thereof; HEDGE & HERBERG, INC., a South Dakota Corporation; COLLEEN HEDGE and JOHN DOE HEDGE, individually and the marital community comprised thereof,<br><br>Defendants. | No. 2:17-CV-00273-RSM<br><br>STIPULATED MOTION AND ORDER TO TRANSFER VENUE |

## I. **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate to removal and transfer of venue of this matter from the U.S. District Court for the Western District of Washington to the U.S. District Court for the Eastern District.

The parties further stipulate that the subject collision occurred in Yakima County, Washington, and the Yakima Division is the appropriate location for transfer and filing of the

STIPULATED MOTION AND ORDER TO
TRANSFER VENUE (Cause No. 2:17-CV-00273-
RSM) – 1
js/DEJ3513.026/2520639x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

subject action. The U.S. District Court for the Eastern District of Washington – Yakima Division has personal jurisdiction of the above-captioned defendants, and therefore is the proper venue.

DATED this 22nd day of May, 2017.

By *s/Jason Murphy*
Jason Murphy, WSBA No. 50605
Phillips Law Firm
17410 133rd Ave NE, Suite 301
Woodinville, WA 98072
Telephone: 425-482-1111
Fax: 425-482-6653
Email: jmurphy@justiceforyou.com
*Attorney for Plaintiffs*

DATED this 23rd day of May, 2017.

By *s/W. Sean Hornbrook*
  *s/Dylan E. Jackson*
W. Sean Hornbrook, WSBA No. 31260
Dylan E. Jackson, WSBA No. 29220
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: 206-623-4100
Fax: 206-623-9273
Email: hornbrook@wscd.com; jackson@wscd.com
*Attorneys for Defendants*

STIPULATED MOTION AND ORDER TO TRANSFER VENUE (Cause No. 2:17-CV-00273-RSM) – 2
js/DEJ3513.026/2520639x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER

Pursuant to the stipulation of the parties the Clerk shall transfer this case to the U.S. District Court for the Eastern District of Washington at Yakima.

DATED this 25th day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO TRANSFER VENUE (Cause No. 2:17-CV-00273-RSM) – 3
js/DEJ3513.026/2520639x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273