FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL JEAN NAPIER-SKALUBA, as Personal Representative of the Estate of Randy Skaluba; and THE ESTATE OF RANDY SKALUBA,<br><br>                Plaintiffs,<br><br>  v.<br><br>TODD STELTZ,<br><br>                Defendant. | NO: 2:17-CV-180-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' Stipulation for Dismissal, ECF No. 18. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulation for Dismissal, **ECF No. 18**, is **APPROVED**.

    2. Plaintiffs' Complaint is dismissed **with prejudice** and without costs to any party.

    3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 18, 2017.

                                          *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                        United States District Judge